**FILED:  8/8/12**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, an Iowa corporation,<br><br>       Plaintiff,<br><br>      v.<br><br>CANAAN DEVELOPMENT GROUP, formerly known as Canaan Housing Corporation, a California non-profit corporation; QUANTUM COMMUNITY DEVELOPMENT CORPORATION, a California non-profit corporation; WILLIAM EPPS, a California resident; NORMAN BULLOCK, a California resident; A. STEPHEN CORVI, Jr. a California resident; FRACTIONS SPORTSWEAR, INC., a California corporation and 20th CENTURY FUNDING, INC., a California corporation.<br><br>      Defendants. | Case No. CV12-00941 GHK (FFMx)<br><br>[Assigned to the Hon. George H. King]<br><br>[~~PROPOSED~~] JUDGMENT |

     Pursuant to the terms of this Court's Order of July 31, 2012 (Docket No. 39) granting plaintiff Carolina Casualty Insurance Company's Motion for

Default Judgment in its entirety with respect to the claims in CCIC's complaint for rescission of nonprofit management liability insurance policy, and for reimbursement of amounts paid pursuant to that policy, CCIC is awarded judgment as stated therein, and CCIC shall recover from and against defendant Canaan Development Group formerly known as Canaan Housing Corporation, a California non-profit corporation the amount of $36,825.75.

IT IS SO ORDERED.


DATED:   8/8/12                          By_____
_____                           UNITED STATES DISTRICT JUDGE




Respectfully submitted,
CHARLSTON, REVICH & WOLLITZ LLP
ROBERT D. HOFFMAN


By:__/s/ Robert D. Hoffman_____
        Robert D. Hoffman
Attorneys for Plaintiff
Carolina Casualty Insurance Company

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                           ) ss.
COUNTY OF LOS ANGELES )

      I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen (18) years and not a party to the within action; my business address is 1925 Century Park East, Suite 1250, Los Angeles, California 90067-2746.

      On August 2, 2012, I served the foregoing **NOTICE OF LODGING OF [PROPOSED] JUDGMENT** on the following interested parties:

      **SEE ATTACHED SERVICE LIST**

☐   **VIA FACSIMILE**  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the interested parties at their respective fax numbers.  No error was reported by the fax machine that I used.

☒   **BY UNITED STATES MAIL**  I enclosed the documents in a sealed envelope or package addressed to the interested parties at their respective addresses and placed the envelope for collection and mailing, following ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐   **BY OVERNIGHT MAIL**  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the interested parties at their respective addresses.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐   **BY PERSONAL DELIVERY**  I caused said document(s) to be delivered by hand to the interested parties at their respective addresses.

      I declare that I am employed in the office of a member of bar of this court at whose direction the service was made.

      Executed on August 2, 2012, at Los Angeles, California.

JOEY LAMPHIER

1

2

## <u>SERVICE LIST</u>

3
4
5

Mr. Donnicus Cook
Ms. Alicia Williams
Quantum Community Development Corporation
335 East Manchester Boulevard
Inglewood, CA 90301

6
7
8
9

Ms. Sharon Stribling
Canaan Development Group c/o
HDSI Management, Inc.
3460 S. Broadway
Los Angeles, CA  90007

10
11
12

Ms. Tasha Kaufman
R-T Specialty Insurance Services, LLC
3400 West Olive Avenue, Suite 350
Burbank, CA 91505

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28